MCC:DCP

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 1:CR-01-191 |
| v | ) |
| CLAYTON LEE WAAGNER | ) |

FILED
HARRISBURG, PA
JUN - 6 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

J. Rambo

### INDICTMENT

**THE GRAND JURY CHARGES THAT:**

#### Count I

On or about May 17, 2001, in Dauphin County, Pennsylvania, and within the Middle District of Pennsylvania and elsewhere, the defendant,

**CLAYTON LEE WAAGNER**

by force, violence, and intimidation did take from the person and presence of another approximately $4,702 in money belonging to and in the care, custody, control, management and possession of the First Union Bank, Harrisburg, Pennsylvania, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL

*[signature]*
Foreperson, Grand Jury

Date 6/6/01

*[signature]*
MARTIN C. CARLSON
United States Attorney