GS 45 (1496)

CRIMINAL CASE COVER SHEET        MIDDLE DISTRICT OF PENNSYLVANIA        U.S. DISTRICT COURT

**Place of Offense:**

City _Harrisburg_

County/Parish _Dauphin_

**Related Case Information:**

Superseding Indictment ___ Docket Number _____

Same Defendant _____    New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Juvenile _____Yes   _X_ No    If Yes, Matter to be sealed: _____Yes _____No

Defendant Name _Clayton Lee Waagner_

Alias Name _____

Address _None - federal fugitive_

Birthdate _8-25-56_ SS # _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_   Sex _M_  Race _W_  Nationality _USA_

**DEFENSE COUNSEL:** Name_____ Phone_____

Address_____

**U.S. Attorney Information:**

AUSA _Dennis Pfannenschmidt_   Bar # _____

Interpreter _____Yes ___No    List Language and/or Dialect:_____

Location Status: _Fugitive_

Arrest Date_____

__ Already in Federal Custody as of _____ in _____

___ Already in State Custody

___ On Pretrial Release

**U.S.C. Citations**  _X_ Indictment    _____ Superseding Information

Total # of Counts:____1____    __ Petty   __ Misdeameanor  _X_ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 _18 USC 2113(a)_ | _Bank Robbery_ | _1_ |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: _6-6-01_    Signature of AUSA: _____

District Court Case Number (To be filled in by deputy clerk):_____