MCC:DCP

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 1:CR-01-191 |
| | ) |
| v | ) |
| | ) |
| CLAYTON LEE WAAGNER | ) |

FILED
HARRISBURG, PA
JUN - 6 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### Count I

On or about May 17, 2001, in Dauphin County, Pennsylvania, and within the Middle District of Pennsylvania and elsewhere, the defendant,

**CLAYTON LEE WAAGNER**

by force, violence, and intimidation did take from the person and presence of another approximately $4,702 in money belonging to and in the care, custody, control, management and possession of the First Union Bank, Harrisburg, Pennsylvania, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL

*[signature]*
Foreperson, Grand Jury

6/6/01
Date

*[signature: Martin C. Carlson]*
MARTIN C. CARLSON
United States Attorney

JS 45 (1/96)

| CRIMINAL CASE COVER SHEET | MIDDLE DISTRICT OF PENNSYLVANIA | U.S. DISTRICT COURT |

**Place of Offense:**
City: Harrisburg
County/Parish: Dauphin

**Related Case Information:**
Superseding Indictment___ Docket Number_____
Same Defendant_____    New Defendant_____
Magistrate Judge Case Number_____
Search Warrant Case Number_____
R 20/R 40 from District of _____

**Defendant Information:**
Juvenile ___Yes  X No    If Yes, Matter to be sealed: ___Yes ___No
Defendant Name: Clayton Lee Waagner
Alias Name: _____
Address: None  Federal Fugitive

Birthdate: 5-25-57  SS #: _____  Sex: M  Race: W  Nationality: USA

**DEFENSE COUNSEL:** Name_____ Phone_____
Address_____

**U.S. Attorney Information:**
AUSA: Dennis Pfannenschmidt   Bar #_____
Interpreter ___Yes ___No   List Language and/or Dialect:_____
Location Status: Fugitive
Arrest Date_____
___ Already in Federal Custody as of _____ in _____
___ Already in State Custody
___ On Pretrial Release

U.S.C. Citations    X Indictment    ___ Superseding Information
Total # of Counts: 1    ___ Petty  ___ Misdemeanor  X Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1: 18 USC 2113(a) | Bank Robbery | 1 |
| Set 2: | | |
| Set 3: | | |
| Set 4: | | |

(May be continued on reverse)

Date: 6-6-01    Signature of AUSA: _____
District Court Case Number (To be filled in by deputy clerk): _____