UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :
:  Criminal No. 1:01-CR-191
v.  :
:  Judge Sylvia H. Rambo
CLAYTON LEE WAAGNER  :
:

**FILED
HARRISBURG

AUG 2 9 2005

MARY E. D'ANDREA, CLERK
Per**
**DEPUTY CLERK**

**ORDER APPOINTING
FEDERAL PUBLIC DEFENDER**

AND NOW, this __29__ day of August, 2005 upon a finding that **CLAYTON LEE WAAGNER** is financially unable to obtain counsel, **IT IS ORDERED** that the Federal Public Defender, 100 Chestnut Street, Suite 306, Harrisburg, Pennsylvania 17101, telephone (717) 782-2237, is appointed to represent **CLAYTON LEE WAAGNER** in all proceedings arising from this indictment.

BY THE COURT:

Sylvia H. Rambo
United States District Court Judge