IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 1:CR-01-191 |
| | : | |
| v. | : | (Rambo, J.) |
| | : | |
| | : | Filed Electronically |
| CLAYTON LEE WAAGNER | : | |
| | : | |

## SUBSTITUTION OF COUNSEL

Please substitute my appearance for that of Assistant United States Attorney Dennis C. Pfannenschmidt as counsel of record for the United States of America in the above-captioned matter.

        Respectfully submitted,
        THOMAS A. MARINO
        United States Attorney

        s/ Martin C. Carlson
        MARTIN C. CARLSON
        First Assistant United States Attorney
        PA Bar # 33396
        228 Walnut Street, Suite 220
        P.O. Box 11754
        Harrisburg, PA 17108-1754
        Phone: (717) 221-4482
        Facsimile: (717) 221-2246
        martin.carlson@usdoj.gov

Dated: April 4, 2006

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 1:CR-01-191 |
| | : | |
| v. | : | (Rambo, J.) |
| | : | |
| | : | Filed Electronically |
| CLAYTON LEE WAAGNER | : | |
| | : | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 4th day of April, 2006, I caused the foregoing Substitution of Counsel to be filed via ECF and that James V. Wade, Esquire is a filing user under the ECF system. Upon the electronic filing of a pleading or other document, the ECF system will automatically generate and send a Notice of Electric Filing to all filing users associated with this case. Electronic service by the Court of the Notice of Electronic Filing constitutes service of the filed document and no additional service upon the filing user is required.

/s/ Amanda L. Lau
AMANDA L. LAU
Legal Assistant