IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

# NOTICE

| | |
|---|---|
| **United States of America** | CASE NUMBERS: 1:01-CR-0191 |
| | 1:06-CR-0145 |
| vs. | 1:06-CR-0147 |
| | 1:06-CR-0203 |
| **Clayton Lee Waagner** | 1:06-CR-0228 |

TYPE OF CASE: Criminal

TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

Place:  U.S. District Court  **\*\*Date and Time: December 11, 2006 @ 10:00 AM**
Courtroom #3
228 Walnut Street
8th Floor, Federal Building
Harrisburg, PA. 17101

Type of Proceeding: *Sentencing

Date:  November 29, 2006         /s/ Mark J. Armbruster
                                 By: Mark J. Armbruster, Deputy Clerk

CC:  Judge Sylvia H. Rambo
     James Wade, Esq.
     Martin Carlson, AUSA
     U.S. Marshal
     Federal Probation
     Wendy Yinger, Rptr.

**\*All sentencing memoranda must be filed no later than five (5) business days prior to the date scheduled for the sentencing proceeding.**

\*\*Counsel is expected to arrive prior to the scheduled time should there be a need to speak with his/her client. Every attempt is made to start proceedings on time. Thank You