IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

# NOTICE

| | |
|---|---|
| **United States of America** | CASE NUMBERS: 1:01-CR-0191 |
| | 1:06-CR-0145 |
| vs. | 1:06-CR-0147 |
| | 1:06-CR-0203 |
| **Clayton Lee Waagner** | 1:06-CR-0228 |

TYPE OF CASE: Criminal

TAKE NOTICE that a proceeding in this case has been rescheduled for the place, date and time set forth below:

Place:  U.S. District Court          **Date and Time: December 12, 2006 @ 11:00 AM**
        Courtroom #3
        228 Walnut Street
        8th Floor, Federal Building
        Harrisburg, PA. 17101

Type of Proceeding: *Sentencing

Date:  November 30, 2006          /s/ Mark J. Armbruster
                                  By: Mark J. Armbruster, Deputy Clerk

CC:   Judge Sylvia H. Rambo
      James Wade, Esq.
      Martin Carlson, AUSA
      U.S. Marshal
      Federal Probation
      Wendy Yinger, Rptr.

*All sentencing memoranda must be filed no later than five (5) business days prior to the date scheduled for the sentencing proceeding.

**Previously scheduled for December 11, 2006 @ 10:00 AM