IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NOS.  1:01-CR-0191 |
| | : | 1:06-CR-0145 |
| | : | 1:06-CR-0147 |
| v. | : | 1:06-CR-0203 |
| | : | 1:06-CR-0228 |
| CLAYTON LEE WAAGNER | : | |

**FILED**
HARRISBURG, PA

DEC 1 2 2006

PLEA   MARY E. D'ANDREA, CLERK
Per _____
         Deputy Clerk

AND NOW, this 12th day of December, 2006, the defendant, CLAYTON LEE WAAGNER, hereby pleads Guilty to Counts 1 and 3 of an Indictment out of the Northern District of Mississippi (06-CR-145), Count 2 and 3 of an indictment out of the Western District of Tennessee (06-CR-228), a 1-Count Indictment out of the Middle District of Pennsylvania (01-CR-191), to Count-1 of an Indictment out of the Northern District of West Virginia (06-CR-203), and to Count-2 of an Indictment out of the Eastern District of Tennessee (06-CR-147).

_____
(Signature of Defendant)

_____
(Signature of Counsel)