IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :  CRIMINAL NO. 1:CR-01-191

V.  :

CLAYTON LEE WAAGNER  :  **FILED**
HARRISBURG, PA

ORDER  DEC 1 2 2006

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

AND NOW, this ___/2___ day of December, 2006, the court finds that the defendant is acting voluntarily and not as a result of force or threats or promises apart from the plea agreement, that he understands his rights and the consequences of his plea and voluntarily waives his right to trial. The court is satisfied that the plea has a basis in fact and contains all the elements of the crime charged. The court therefore accepts the plea of guilty to Count 1 of the Indictment originally filed in this district and directs the entry of a judgment of guilty on the plea.

SYLVIA H. RAMBO
United States District Judge